**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Supreme Court

Ex Parte:
John Hughes Cooper, Appellant,

In Re:
Betty Fisher and Lisa Fisher, Plaintiffs,

v.

Bessie Huckabee, Kay Passailaigue Slade, and Sandra Byrd, Respondents.

Appellate Case No. 2018-000662

Appeal From Charleston County
Thomas L. Hughston, Jr., Circuit Court Judge

Memorandum Opinion No. 2018-MO-040
Heard November 28, 2018 – Filed December 12, 2018

**REVERSED**

Barbara Marie Seymour, of Clawson & Staubes, LLC, of Columbia, for Appellant.

Warren W. Wills III, of the Law Office of W. Westbrook II, of Folly Beach, and Jessica Lynn Crowley, of

Crowley Law Firm, LLC, of Charleston, for Respondents.

---

**PER CURIAM:** John Hughes Cooper was held jointly and severally liable for a sanctions award in the amount of $170,623.68 in attorneys' fees under the South Carolina Frivolous Civil Proceedings Sanctions Act (FCPSA)[1] and Rule 11, SCACR, in connection with his representation of Lisa and Betty Fisher in cases involving the estate of Alice Shaw-Baker. We have painstakingly reviewed the record and find there is no evidence to support an award of sanctions or a finding of misconduct against Cooper. We therefore reverse all judgments against Cooper pursuant to Rule 220(b)(1), SCACR. This case is concluded.

**REVERSED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**

---

[1] *See* S.C. Code Ann. §§ 15-36-10 to -100 (Supp. 2018).